513 A.2d 1380

**Herbert C. PETTICORD, Jr., Petitioner,**

v.

**John P. JOYCE, Prothonotary.**

Supreme Court of Pennsylvania.

Aug. 18, 1986.

Petition for Allowance of Appeal GRANTED, No. 60 W.D. Appeal Docket 1986.